JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Richard Hogan,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-01421-SKO<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME<br><br>(Doc. 12) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from July 5, 2022 to September 6, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time. As Counsel has reported previously in many other cases in this district, Counsel for the Plaintiff underwent major orthopedic surgery on March 17, 2022. Although it has been over

1

three months, Counsel continues to work short periods throughout the day with significant breaks throughout. Counsel continues to attend physical therapy four days a week.

    Additionally, for the weeks of June 27, 2022 and July 5, 2022, Counsel for Plaintiff has 17 merit briefs, and several letter briefs and reply briefs. For the remainder of the month of July 2022, there are 28 additional merit briefs currently scheduled.

    Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 27, 2022    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*  
JONATHAN OMAR PENA  
Attorneys for Plaintiff

Dated: June 27, 2022    PHILLIP A. TALBERT  
United States Attorney  
PETER K. THOMPSON  
Acting Regional Chief Counsel, Region IX  
Social Security Administration

By: *\*/s/ Patrick Snyder*  
Patrick Snyder  
Special Assistant United States Attorney  
Attorneys for Defendant  
(\*As authorized by email on June 27, 2022)

**ORDER**

Based upon the foregoing stipulation of the parties (Doc. 12), and for good cause shown, Fed. R. Civ. P. 16(b)(4),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including September 6, 2022, in which to file Plaintiff's motion for summary judgment.  All other deadlines set forth in the Scheduling Order (Doc. 9) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **June 28, 2022**                        /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE