PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8955
Facsimile: (415) 744-0134
E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DANIEL RICHARD HOGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. 1:21-cv-01421-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 16)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

| | |
|---|---|
| Dated:  October 18, 2022 | /s/  Jonathan O. Peña* <br> JONATHAN O. PEÑA <br> Attorney for Plaintiff <br> *Authorized via e-mail on Oct.18, 2022 |
| | PHILLIP A. TALBERT <br> United States Attorney <br> MATHEW W. PILE <br> Associate General Counsel <br> Social Security Administration |
| By: | /s/ *Ellinor R. Coder* <br> ELLINOR R. CODER <br> Special Assistant United States Attorney |
| | Attorneys for Defendant |

**ORDER**

Based upon the parties' foregoing Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Doc. 16), and for cause shown,

IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner.  The Clerk shall also administratively close this file.

IT IS SO ORDERED.

Dated:   **October 21, 2022**                    /s/ *Sheila K. Oberto*
                                                                                       UNITED STATES MAGISTRATE JUDGE